United States District Court
for the
Southern District of New York

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST<br><br>       Plaintiff<br>  v.<br><br>FARAH PETION, DIANE ATTANASIO<br><br>       Defendant(s) | Civil Action No. 19-cv-11801<br><br>**ORDER TO SHOW CAUSE** |

**PLEASE TAKE NOTICE** that upon the instant Order to Show Cause Motion, Declaration in Support and Memorandum of Law of Gross Polowy, LLC by Stephen J Vargas, Esq., Attorneys for Plaintiff dated May 14, 2021, and the exhibits attached thereto, and the Affidavit of Plaintiff dated March 25, 2021, in support of the motion, and upon all the proceedings in this case to date, the Plaintiff will move this Court on **August 2, 2021**, at **12:30 P.M.**, before United States District Judge Kenneth R. Karas at the United States District Court for the Southern District of New York located at 300 Quarropas Street, White Plains, NY 10601, for an order granting the following to the movant:

    (a) Default Judgment pursuant to Fed. R. Civ. P. § 55;
    (b) Judgment of Foreclosure and Sale pursuant to RPAPL § 1351 and § 1354;
    (c) Granting such other and further relief this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, the Plaintiff will serve these motion papers on the Defendants pursuant to 55.2(c).

DATED:   **July 7, 2021**
             White Plains, New York

_____
U.S. District Judge Kenneth R. Karas
United States District Judge for the Southern District of New York

To:
Farah Petion
47 Joshua Drive
Bloomingburg, NY 12721

Diane Attanasio
12 Comfort Road
Middletown, NY 10941

1