

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716) 204-1700
Fax (716) 204-1702
http://www.GrossPolowy.com/

August 2, 2021

Via ECF:
United States District Judge Kenneth M. Karas
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually but as Trustee For Pretium Mortgage Acquisition Trust v. Farah Petion, Diane Attanasio*
Civil Action #:. 19-cv-11801

Dear District Judge Karas:

This Law Firm represents the Plaintiff. I am writing with respect to Your Honor's July 30, 2021 Docket Text Notice of Teleconference Information ("Notice"), according to which Your Honor converted the August 2, 2021, 12:30 pm in-person Order to Show Cause hearing to a telephone conference. The Notice was delivered via e-mail on July 30, 2021 at 9:47 pm but I did not see the Notice until this morning. As such, I was unable to mail a copy of the Notice with the teleconference information to the *pro se* Defendants. The Plaintiff is able to appear at the conference via telephone but respectfully requests an adjournment if the Court requires the Plaintiff to serve notice of a telephone conference on the Defendants.

Thank you for your consideration and time.

Respectfully,

/SJV/
Stephen J. Vargas, Esq.